LA

Prob 12
(Rev. 12/04)

**United States District Court
For The
Eastern District of Wisconsin**

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 JAN 30 P2 :17

U.S.A. vs. John Huber
    33B Grand Canyon Drive, Apt. 104
    Baraboo, WI

Docket No. 01-CR-006
Register No. 01808-089

## Petition on Probation and Supervised Release

    COMES NOW **Jacqueline A. Schmidt**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John D. Huber**, who was placed on supervision by the Honorable **Lynn Adelman** sitting in the Court at **Milwaukee, WI**, on the **6th** day of **March, 2002**, who fixed the period of supervision at **three (3)** years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Pay any balance of the restitution and fine at a rate of not less than $200.00 per month. Any payments toward restitution ordered by the Court or in any related civil judgments shall be in lieu of payment of the fine. Apply 100% of yearly federal and state income tax refunds toward payment of the restitution and fine. Not change exemptions without consent of the supervising probation officer.
2. Not hold employment having fiduciary responsibility during the supervision term without the consent of the supervising probation officer.
3. Not make any major financial transactions without the consent of the supervising probation officer.
4. Not open new lines of credit or use any existing lines of credit without the consent of the supervising probation officer.
5. Provide access to all financial information requested by the supervising probation officer including, but not limited to, copies of all federal and state income tax returns. All tax returns shall be filed in a timely manner. Submit monthly financial reports to the supervising probation officer and not change exemptions without the consent of the supervising probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:** Mr. Huber has a balance on his fine and restitution and is scheduled to discharge from supervision on 4/7/08.

**PRAYING THAT THE COURT WILL ORDER Mr. Huber be allowed to discharge from supervised release with restitution owing.**

ORDER OF COURT

Considered and ordered this 29 day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
Lynn Adelman
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
U. S. Probation Officer

Place: Milwaukee, WI

Executed On: January 28, 2008